# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16797-JKF

DAVID F TODD, JR.

1505 Finley Circle

Pottstown, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
DAVID F TODD, JR.

1505 Finley Circle

Pottstown, PA 19464

**Counsel for debtor(s), by electronic notice only.**
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

    /s/ William C. Miller

Date: 11/28/2016

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee