**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **David F. Todd, Jr.** | : |
| | : |
| | : |
| | : BANKRUPTCY NO. **16-16797 JKF** |
| Debtor (s) | |

## P R A E C I P E

Kindly reschedule the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan and the standing trustee's motion to dismiss on 4/6/2017 at 09:30 A.M. before the Hon. Jean K. FitzSimon.

                                                       Respectfully submitted,

Date: January 30, 2017                    /s/William C. Miller, Esquire
                                                       William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee
                                                        P.O. Box 1229
                                                        Philadelphia, PA 19105