*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David F Todd, Jr.
    Debtor(s)

Case No: 16–16797–jkf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Rescheduled Hearing for Confirmation of Plan and Motion to Dismiss filed by Trustee WILLIAM C. MILLER

on: 4/6/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date:  1/31/17

For The Court

Timothy B. McGrath
Clerk of Court