United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16797-jkf
David F Todd, Jr.                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John             Page 1 of 2            Date Rcvd: Jan 31, 2017
                            Form ID: 167           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
```
db              +David F Todd, Jr.,    1505 Finley Circle,    Pottstown, PA 19464-3499
13797922        +America's Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
13797923        +Arcadia Recovery Bureau, LLC,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13828758         Berkhiemer Assoc-Agt SpringFordASD-LimerickTwp,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                  Pen Argyl, PA 18072
13806035        +Commonwealth Of PA., Dept. Of Revenue,    c/o CAROL E. MOMJIAN,    Office of the Attorney General,
                  21 South 12th Street, Third Floor,    Philadelphia, PA 19107-3604
13797926        +Commonwealth of Pennsylvania,    c/o District Court 38-1-07,    116 A Cricket Avenue,
                  Ardmore, PA 19003-1356
13797927        +Creditech,    P.O. Box 20330,    Lehigh Valley, PA 18002-0330
13797928         Deutch Bank National Trust,    3815 South Portfolio West Temple,    Salt Lake City, UT 84165
13809405        +Deutsche Bank National Trust Company,    c/o JEROME B. BLANK,    Phelan Hallinan & Schmieg LLP,
                  1617 JFK Boulevard,    Philadelphia, PA 19103-1814
13827399        +Deutsche Bank National Trust Company,    for Morgan Stanley Capital 2006-NC2,
                  c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13797929        +Evansbrooke Community Association,    P.O. Box 745,    Warrington, PA 18976-0745
13797930        +HSBC Bank Nevada, N.A.,    P.O. Box 5244,    Carol Stream, IL 60197-5244
13797931        +HSBC Bank Nevada, N.A.,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
13797933        +Limerick Township Tax office,    P.O. Box 429,    Royersford, PA 19468-0429
13797934        +Linebarger Goggan Blaim & Sampson LLP,    PO Box 90128,    Harrisburg, PA 17109-0128
13797935        #+Michael Dougherty, Esquire,    Weltman Weinberg & Reis,    325 Chestnut Street, Suite 501,
                  Philadelphia, PA 19106-2605
13797936        +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St  3rd Floor,    Harrisburg, PA 17102-1444
13823108        +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13797938        +Performant Recovery, Inc.,    P.O. Box 9054,    Pleasanton, CA 94566-9054
13797939         Phelan, Hallinan Diamond & Jones , LLP,    Bankruptcy Department,    1617 JFK Boulevard,
                  One Penn Center, Ste 1400,    Philadelphia, PA 19103-1814
13797942        +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13797943        +Spring-Ford Area School District,    c/o Ryan Wall,    Tax Collector,    P.O. Box 429,
                  Royersford, PA 19468-0429
13797944        +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
13797945        +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:34
                  Commonwealth Of PA., Dept. Of Revenue,    Bureau Of Compliance,    Dept. 280946,
                  Harrisburg, PA 17128-0001
13797925        +E-mail/Text: equiles@philapark.org Feb 01 2017 02:10:14     City of Philadelphia,
                  Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13797924        +E-mail/Text: bankruptcy@phila.gov Feb 01 2017 02:09:58     City of Philadelphia,
                  Major Tax Unit/ Bankruptcy Dept.,    1401 John F. Kennedy Blvd,    Room 580,
                  Philadelphia, PA 19102-1611
13797932        +E-mail/Text: cio.bncmail@irs.gov Feb 01 2017 02:09:31     Internal Revenue Service,
                  600 Arch Street,    Philadelphia, PA 19106-1695
13797937         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:34     PA Dept of Revenue,
                  Bureau of Compliance,    Dept 280946,    Harrisburg, PA 17128-0946
13797941         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2017 02:08:11
                  Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13804602         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:34
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
13808486        +E-mail/Text: equiles@philapark.org Feb 01 2017 02:10:14     Philadelphia Parking Authority,
                  701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13797940        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2017 01:57:46
                  Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
13797946        +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 01 2017 02:09:49     Westlake Financial,
                  P.O. Box 54807,    Los Angeles, CA 90054-0807
                                                                                              TOTAL: 10
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jan 31, 2017
                              Form ID: 167            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Morgan Etal paeb@fedphe.com
              SCOTT F. WATERMAN    on behalf of Debtor David F Todd, Jr. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David F Todd, Jr.
    Debtor(s)

Case No: 16–16797–jkf
Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Rescheduled Hearing for Confirmation of Plan and
Motion to Dismiss filed by Trustee WILLIAM C. MILLER

    on: 4/6/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 1/31/17

For The Court

Timothy B. McGrath
Clerk of Court

28 – 21
Form 167