# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David F. Todd Jr. dba DF Todd Tile and Marble<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for<br>Deutsche Bank National Trust Company, as Trustee for<br>Morgan Stanley Capital I Inc. Trust 2006-NC2,<br>Mortgage Pass-Through Certificates, Series 2006-NC2<br>Movant<br>vs. | NO. 16-16797 JKF |
| David F. Todd Jr. dba DF Todd Tile and Marble<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>Trustee | |

## **ORDER**

AND NOW, this 18th day of May, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1505 Finley Circle, Pottstown, PA 19464 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

David F. Todd Jr. dba DF Todd Tile and Marble
1505 Finley Circle
Pottstown, PA 19464

Scott F. Waterman, Esq.
Iannello, Waterman & Muir, LLP
110 West Front Street
Media, PA 19063

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532