United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David F Todd, Jr.
    Debtor

Case No. 16-16797-jkf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Cathleen     Page 1 of 2     Date Rcvd: May 17, 2017
                    Form ID: 309A      Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.

```
db            +David F Todd, Jr.,    1505 Finley Circle,    Pottstown, PA 19464-3499
13797922      +America's Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
13797923      +Arcadia Recovery Bureau, LLC,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13828758       Berkhiemer Assoc-Agt SpringFordASD-LimerickTwp,   c/o David R. Gordon, Esq.,   1883 Jory Road,
                Pen Argyl, PA 18072
13797926      +Commonwealth of Pennsylvania,    c/o District Court 38-1-07,    116 A Cricket Avenue,
                Ardmore, PA 19003-1356
13797927      +Creditech,    P.O. Box 20330,    Lehigh Valley, PA 18002-0330
13797928       Deutch Bank National Trust,    3815 South Portfolio West Temple,    Salt Lake City, UT 84165
13864782      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13797929      +Evansbrooke Community Association,    P.O. Box 745,    Warrington, PA 18976-0745
13797933      +Limerick Township Tax office,    P.O. Box 429,    Royersford, PA 19468-0429
13797934      +Linebarger Goggan Blaim & Sampson LLP,    PO Box 90128,    Harrisburg, PA 17109-0128
13797935     #+Michael Dougherty, Esquire,    Weltman Weinberg & Reis,    325 Chestnut Street, Suite 501,
                Philadelphia, PA 19106-2605
13797936      +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St 3rd Floor,    Harrisburg, PA 17102-1444
13823108      +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13797938      +Performant Recovery, Inc.,    P.O. Box 9054,    Pleasanton, CA 94566-9054
13797939       Phelan, Hallinan Diamond & Jones , LLP,    Bankruptcy Department,    1617 JFK Boulevard,
                One Penn Center, Ste 1400,    Philadelphia, PA 19103-1814
13862348      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13797942      +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13797943      +Spring-Ford Area School District,    c/o Ryan Wall, Tax Collector,    P.O. Box 429,
                Royersford, PA 19468-0429
13797944      +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: scottfwaterman@gmail.com May 18 2017 01:26:25     SCOTT F. WATERMAN,
                110 West Front Street,    Media, PA   19063
tr            +EDI: BCCSHUBERT.COM May 18 2017 01:13:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
                Ocean City, NJ 08226-3622
smg            E-mail/Text: bankruptcy@phila.gov May 18 2017 01:27:32     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2017 01:27:26     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 18 2017 01:27:13     United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13797925      +E-mail/Text: equiles@philapark.org May 18 2017 01:28:02     City of Philadelphia,
                Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13797924      +E-mail/Text: bankruptcy@phila.gov May 18 2017 01:27:32     City of Philadelphia,
                Major Tax Unit/ Bankruptcy Dept.,    1401 John F. Kennedy Blvd,    Room 580,
                Philadelphia, PA 19102-1640
13797930      +EDI: HFC.COM May 18 2017 01:13:00      HSBC Bank Nevada, N.A.,    P.O. Box 5244,
                Carol Stream, IL 60197-5244
13797931      +EDI: HFC.COM May 18 2017 01:13:00      HSBC Bank Nevada, N.A.,    1111 Town Center Drive,
                Las Vegas, NV 89144-6364
13797932      +EDI: IRS.COM May 18 2017 01:13:00      Internal Revenue Service,    600 Arch Street,
                Philadelphia, PA 19106-1695
13862972       EDI: RESURGENT.COM May 18 2017 01:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Wells Fargo Financial Bank,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13797937       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2017 01:26:51     PA Dept of Revenue,
                Bureau of Compliance,    Dept 280946,    Harrisburg, PA 17128-0946
13797941       EDI: PRA.COM May 18 2017 01:13:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13861802       EDI: PRA.COM May 18 2017 01:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
13804602       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2017 01:26:51
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13808486      +E-mail/Text: equiles@philapark.org May 18 2017 01:28:02     Philadelphia Parking Authority,
                701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13797940      +EDI: RESURGENT.COM May 18 2017 01:13:00      Pinnacle Credit Services,    Po Box 640,
                Hopkins, MN 55343-0640
13862329      +E-mail/Text: bankruptcynotice@westlakefinancial.com May 18 2017 01:27:14
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
13797945      +EDI: WFFC.COM May 18 2017 01:13:00      Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,
                Des Moines, IA 50306-0438
13797946      +E-mail/Text: bankruptcynotice@westlakefinancial.com May 18 2017 01:27:14     Westlake Financial,
                P.O. Box 54807,    Los Angeles, CA 90054-0807
                                                                                              TOTAL: 20
```

```
District/off: 0313-2           User: Cathleen              Page 2 of 2                  Date Rcvd: May 17, 2017
                               Form ID: 309A               Total Noticed: 40
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA   17128-0946
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Morgan Etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For Morgan Etal bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor David F Todd, Jr. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David F Todd Jr.** | Social Security number or ITIN    xxx–xx–6069 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter  **13**    9/27/16 |
| Case number: | **16–16797–jkf** | Date case converted to chapter  **7**    5/12/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David F Todd Jr. | |
| 2. | **All other names used in the last 8 years** | dba DF Todd Tile and Marble | |
| 3. | **Address** | 1505 Finley Circle<br>Pottstown, PA 19464 | |
| 4. | **Debtor's attorney**<br>Name and address | SCOTT F. WATERMAN<br>110 West Front Street<br>Media, PA 19063 | Contact phone (610) 566–6177<br>Email: scottfwaterman@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 5/17/17 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 19, 2017 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/18/17** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                page **2**