United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David F Todd, Jr.
    Debtor

Case No. 16-16797-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John     Page 1 of 1     Date Rcvd: May 18, 2017
                      Form ID: pdf900    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
```
db            +David F Todd, Jr.,   1505 Finley Circle,   Pottstown, PA 19464-3499
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
13797928       Deutch Bank National Trust,   3815 South Portfolio West Temple,   Salt Lake City, UT 84165
13864782      +Deutsche Bank National Trust Co., Trustee(See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13809405      +Deutsche Bank National Trust Company,   c/o JEROME B. BLANK,   Phelan Hallinan & Schmieg LLP,
                1617 JFK Boulevard,   Philadelphia, PA 19103-1814
13827399      +Deutsche Bank National Trust Company,   for Morgan Stanley Capital 2006-NC2,
                c/o BRIAN CRAIG NICHOLAS,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 19 2017 00:51:55     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2017 00:51:27
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2017 00:51:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2017 00:51:27
                Commonwealth Of PA., Dept. Of Revenue,   Bureau Of Compliance,   Dept. 280946,
                Harrisburg, PA 17128-0001
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Morgan Etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For Morgan Etal bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor David F Todd, Jr. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David F. Todd Jr. dba DF Todd Tile and Marble<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for<br>Deutsche Bank National Trust Company, as Trustee for<br>Morgan Stanley Capital I Inc. Trust 2006-NC2,<br>Mortgage Pass-Through Certificates, Series 2006-NC2<br>Movant<br>vs. | NO. 16-16797 JKF |
| David F. Todd Jr. dba DF Todd Tile and Marble<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 18th day of May, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1505 Finley Circle, Pottstown, PA 19464 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

David F. Todd Jr. dba DF Todd Tile and Marble
1505 Finley Circle
Pottstown, PA 19464

Scott F. Waterman, Esq.
Iannello, Waterman & Muir, LLP
110 West Front Street
Media, PA 19063

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532