United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David F Todd, Jr.
    Debtor

Case No. 16-16797-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 02, 2017
                        Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db         +David F Todd, Jr.,   1505 Finley Circle,   Pottstown, PA 19464-3499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        CAROL E. MOMJIAN   on behalf of Creditor   Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov
        CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
        JEROME B. BLANK   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For Morgan Etal paeb@fedphe.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For Morgan Etal bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN   on behalf of Debtor David F Todd, Jr. scottfwaterman@gmail.com, scottfwaterman@gmail.com
        THOMAS I. PULEO   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                   TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

David F Todd, Jr.                                              : Case No. 16–16797–jkf
      Debtor(s)

### ORDER
_____

    AND NOW, this day , October 2, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

51
Form 195